

UNITED STATES JUDICIAL PANEL on MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

(SEE ATTACHED SCHEDULE)

MDL No. 1657

## CONDITIONAL TRANSFER ORDER (CTO-118)

07 CV 1866 LAB (AJB)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 6,384 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel



IN RE: VIOXX MARKETING, SALES PRACTICES
AND PRODUCTS LIABILITY LITIGATION                        MDL No. 1657

## SCHEDULE CTO-118 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/3 |
|---|---|---|
| **CALIFORNIA EASTERN** | | |
| CAE 2 07-2006 | Richard Domagalski v. Merck & Co., Inc., et al. | 07-7499 |
| CAE 2 07-2008 | Richard Domagalski, etc. v. Merck & Co., Inc., et al. | 07-7500 |
| **CALIFORNIA SOUTHERN** | | |
| CAS 3 07-1865 | Robert Wright v. Merck & Co., Inc., et al. | 07-7501 |
| CAS 3 07-1866 | Lily Wright v. Merck & Co., Inc., et al. | 07-7502 |
| CAS 3 07-1867 | Daniel Kaptain v. Merck & Co., Inc., et al. | 07-7503 |
| CAS 3 07-1868 | Louis Haase v. Merck & Co., Inc., et al. | 07-7504 |
| CAS 3 07-1873 | Benjamin Badami v. Merck & Co., Inc., et al. | 07-7505 |
| **CONNECTICUT** | | |
| CT 3 07-1425 | Martin Sierra v. Merck & Co., Inc. | 07-7506 |
| **MASSACHUSETTS** | | |
| MA 3 07-30180 | Patricia Tompkins v. Merck & Co., Inc. | 07-7507 |
| MA 3 07-30181 | Angel Hernandez, et al. v. Merck & Co., Inc. | 07-7508 |
| MA 3 07-30187 | Keith Ganon v. Merck & Co., Inc. | 07-7509 |
| **MISSISSIPPI NORTHERN** | | |
| MSN 1 07-228 | Jeanette Jones v. Merck & Co., Inc. | 07-7510 |
| MSN 1 07-229 | Robert Butler, Sr. v. Merck & Co., Inc. | 07-7511 |
| MSN 4 07-158 | Katie Blanks, et al. v. Merck & Co., Inc. | 07-7512 |
| **NEW MEXICO** | | |
| NM 1 07-953 | Nelly DeMeerleer, et al. v. Merck & Co., Inc. | 07-7513 |
| **NEW YORK EASTERN** | | |
| NYE 1 07-4047 | Leslie Henry, et al. v. Merck & Co., Inc. | 07-7514 |
| NYE 1 07-4049 | Gloria Jarvis v. Merck & Co., Inc. | 07-7515 |
| ~~NYE 1 07-4098~~ | ~~Sergei Chepilko v. Merck & Co., Inc.~~ **OPPOSED 10/25/07** | |
| **NEW YORK SOUTHERN** | | |
| NYS 1 07-8386 | Maria De La Cruz, et al. v. Merck & Co., Inc. | 07-7516 |
| NYS 1 07-8387 | Leon Fields v. Merck & Co., Inc. | 07-7517 |
| ~~NYS 1 07-8434~~ | ~~The People of the State of New York, et al. v. Merck & Co., Inc.~~ **OPPOSED 10/25/07** | |
| **TEXAS SOUTHERN** | | |
| TXS 4 07-3046 | Nona Adams, et al. v. Merck & Co., Inc. | 07-7518 |
| **WASHINGTON WESTERN** | | |
| WAW 2 07-1442 | Ray Haldane, et al. v. Merck & Co., Inc. | 07-7519 |
| WAW 2 07-1455 | James C. Stephens, et al. v. Merck & Co., Inc. | 07-7520 |
| WAW 2 07-1465 | Lou Schlaffman, et al. v. Merck & Co., Inc. | 07-7521 |

| | | |
|---|---|---|
| Carolyn Stewart/LAED/05/USCOURTS<br>11/06/2007 09:21 AM | To | Keith Holland/CAED/09/USCOURTS@USCOURTS, Jamie Ponzio/CASD/09/USCOURTS@USCOURTS, Beverly Robinson/CASD/09/USCOURTS@USCOURTS, Kevin |
| | cc | |
| | bcc | |
| | Subject | |

**MDL 1657**  **IN RE:**

## VIOXX PRODUCTS LIABILITY LITIGATION

      Attached is a certified copy of the transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case(s) listed be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. The order includes the case number(s) assigned to each action by the Eastern District of Louisiana.

      The Honorable Eldon E. Fallon, U.S. District Judge, issued an order directing that the transferred of records consist of only a copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

      Please forward the above requested documents, preferably as PDF documents attached to an email addressed to vioxx_mdl_clerk@laed.uscourts.gov. Please attach separate PDFs for each of the documents. If this is not possible, please forward the printed copies of the requested documents via mail.

      Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

      Very truly yours,
      Loretta G. Whyte, Clerk
      Eastern District of Louisian


CTO 118.pdf